**Opinion filed April 14, 2016**



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00136-CV

_____

## WEST TEXAS AUTOMOTIVE GROUP, LLC D/B/A MIDLAND BUICK GMC CADILLAC, Appellant

## V.

## CINTAS-RUS, L.P., Appellee

**On Appeal from the County Court at Law No. 2**
**Midland County, Texas**
**Trial Court Cause No. CC17873**

### M E M O R A N D U M   O P I N I O N

The parties to this appeal have filed in this court a joint motion to dismiss the appeal. The parties state that they have resolved the issues in dispute and request that the matter be remanded to the trial court for entry of an agreed order vacating judgment. _See_ TEX. R. APP. P. 42.1.

In accordance with the parties' request, we grant the joint motion to dismiss, dismiss the appeal, and remand the cause to the trial court.


PER CURIAM


April 14, 2016

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.